IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MONICA MARCHEGIANI, :
:
      Plaintiff, :
:
:  3:14-CV-00568
v. :  (JUDGE MARIANI)
:
AETNA LIFE INSURANCE CO. and :
URS FEDERAL SERVICES, :
:
      Defendants. :

## ORDER

AND NOW, THIS _19th_ DAY OF JANUARY, 2016, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment (Doc. 24) is **DENIED**.

2. Defendants' Motion for Summary Judgment (Doc. 25) is **GRANTED**.

3. Summary Judgment is **ENTERED** in favor of the Defendants.

4. The Clerk of Court is **DIRECTED** to close the case.

                                                Robert D. Mariani
                                                United States District Judge